UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GAIGE ANTHONY WHITE**                                **CIVIL ACTION**

**VERSUS**                                             **NO. 20-3298**

**FLOYD BROOKS, ET AL.**                               **SECTION "E"(4)**

### O R D E R

The Court, having considered the motion for temporary restraining order,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gaige Anthony White's Motion for Temporary Restraining Order[3] is **DENIED**.

New Orleans, Louisiana, this 29th day of October, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

1  R. Doc. 20.
2  R. Doc. 22.
3  R. Doc. 20.