UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GAIGE ANTHONY WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3298** |
| **FLOYD BROOKS, ET AL.** | **SECTION "E"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gaige Anthony White's § 1983 claims against defendants Nurse Paula Stringer, Director Floyd Brooks, Dr. Robert Cleveland, Dr. Graham Spruiell, and Nurse Austin Seals be **ALLOWED TO PROCEED FORWARD** as they are not frivolous.

New Orleans, Louisiana, this 23rd day of February, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**